UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANNETTE FLOWERS,

    Plaintiff,

    v.

WELLS FARGO BANK N.A.,

    Defendant.

_____/

No. C 11-1315 PJH

**ORDER DISMISSING CASE**

The court having granted the motion of defendant Wells Fargo Bank N.A. to dismiss the complaint, and having granted leave to amend, and plaintiff having failed to file an amended complaint by August 15, 2011, the deadline set in the order, this action is hereby DISMISSED.

**IT IS SO ORDERED.**

Dated: August 19, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge